**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 478 EAL 2017 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum and** |
| v. | : | **Order** of the Superior Court at No. |
| | : | 3081 EDA 2015 entered on |
| | : | September 15, 2017, **affirming and** |
| NASIR KELLY, | : | **remanding** the Order of the |
| | : | Philadelphia County Court of Common |
| Petitioner | : | Pleas at No. MC-51-CR-0009589- |
| | : | 2010 entered on September 11, 2015 |

## ORDER

**PER CURIAM**

      **AND NOW**, this 28th day of May, 2019, the Petition for Allowance of Appeal is **GRANTED**. The Superior Court's order is **VACATED** and the matter is **REMANDED** to the Superior Court in light of our decision in *Commonwealth v. Perfetto*, __ A.3d __, 2019 WL 1866653, (Pa. April 26, 2019).